UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES McANALLY,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF STATE HOSPITALS, et al.,

Defendants.

Case No.: 1:26-cv-09214-CDB (PC)

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

Plaintiff James McAnally, a civil detainee, is appearing pro se in this civil rights action pursuant to 42 U.S.C. section 1983.

Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000). Examination of Plaintiff's application reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is **GRANTED**.

IT IS SO ORDERED.

Dated: **November 12, 2026**

UNITED STATES MAGISTRATE JUDGE